____FILED ____ENTERED
____LODGED ____RECEIVED

JAN - 7 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM WAGNER, et ux., | * | Case No.: 93-3041 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, Inc., et al., | * | COPY |
| | * | |
| Defendants | * | |

* * * * * * * * *

### O R D E R

1. On Motion of Maxine Wagner for substitution in place of William Wagner, deceased, it appearing to the Court that the said William Wagner died intestate on December 18, 1998; that the claim asserted by him in this action was not thereby extinguished; and that Maxine Wagner has been duly appointed Personal Representative of the Estate of William Wagner, and is qualified and is acting as such.

2. On Motion of Maxine Wagner, plaintiff and surviving spouse of William Wagner, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said William Wagner died on December 18, 1998; that the Plaintiff, Maxine Wagner, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Maxine Wagner, Personal Representative of the Estate of William Wagner, be substituted as Plaintiff herein in place of William Wagner, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of



**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

6645

**MICHAEL E. KUNZ**
CLERK OF COURT

January 2, 2002

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

```
_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

    JAN - 7 2002
    AT BALTIMORE
  CLERK U.S. DISTRICT COURT
    DISTRICT OF MARYLAND
BY                    DEPUTY
```

Felicia C. Cannon, Clerk
UNITED STATES DISTRICT COURT
of Maryland
Edward A. Garmatz Federal Bldg
and U.S. Courthouse
Baltimore, MD 21201-2690

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

   Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

   Thank you in advance for your time and attention. If you have any questions, please call me at (267)299-7019.

                              Sincerely,

                              MICHAEL E. KUNZ
                              CLERK OF COURT

                              Sharon Carter
                              MDL Coordinator

enclosure:

the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Maxine Wagner, Plaintiff and surviving spouse of William Wagner, be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner

DATE: December 19, 2001

G:\WPFILES\2001DOCS.BSM\DOCBSM.052

(2)